**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 3:22-cr-00009** |
| ) | |
| **RAUL CARDENAS FLORES,** ) | |
| ) | |
| **Defendant.** ) | |

<u>**ORDER**</u>

     **THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated April 25, 2024, ECF No. 52, recommending that the Defendant's plea of guilty to Count One of the Indictment, a violation of 8 U.S.C. § 1326(a), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

     **ORDERED** that the Report and Recommendation, ECF No. 52, is **ADOPTED;** it is further

     **ORDERED** that Defendant Raul Cardenas Flores' plea of guilty as to Count One of the Indictment is **ACCEPTED**, and that Raul Cardenas Flores is adjudged **GUILTY** on that count; it is further

     **ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

     **ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **June 14, 2024;** it is further

     **ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **June 28, 2024;** it is further

     **ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **July 12, 2024;** it is further

     **ORDERED** that the parties shall file their sentencing memoranda no later than **August 1, 2024;** it is further

*United States v. Flores*
Case No. 3:22-cr-00009
Order
Page **2** of **2**

   **ORDERED** that a sentencing hearing shall be held on **August 15, 2024, at 9:30 A.M.**

**in STT Courtroom No. 1.**


**Dated:** May 10, 2024         */s/ Robert A. Molloy*

                **ROBERT A. MOLLOY**
                **Chief Judge**